# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2016

154334

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

MICHIGAN COMPREHENSIVE CANNABIS
LAW REFORM COMMITTEE, a/k/a
MILEGALIZE,
        Plaintiff,

v

SC: 154334

SECRETARY OF STATE, BUREAU OF
ELECTIONS, and BOARD OF STATE
CANVASSERS,
        Defendants.

_____/

      On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2016



Clerk

p0906